# EXHIBIT A

| Reg. No. | Word/Design Mark | Class(es) | Reg. Date |
|---|---|---|---|
| 3693183 | **Borderlands** | Class 09 - Software and electronic games, namely, software games recorded on [ CD-ROM, on ] digital video discs, [ and on blue laser discs, all ] for computers; software games recorded on [ CD-ROMs, on ] [ digital video discs, ] on blue laser discs, (( and on cartridges, )) all for console (( and individual, portable )) gaming systems; software games that are downloadable from a remote computer site; and software games for mobile phones [, personal digital assistants, ] and handheld computers. | October 6, 2009 |
| 4049503 | BORDERWORLDS | Class 09 - software games that are downloadable from a remote computer site; and software games for mobile phones, [ personal digital assistants, ] and handheld computers. | November 1, 2011 |
| 3693183 | **Borderlands** | Class 09 - Software and electronic games, namely, software games recorded on [ CD-ROM, on ] digital video discs, [ and on blue laser discs, all ] for computers; software games recorded on [ CD-ROMs, on ] [ digital video discs, ] on blue laser discs, (( and on cartridges, )) all for console (( and individual, portable )) gaming systems; software games that are downloadable from a remote computer site; and software games for mobile phones [, personal digital assistants, ] and handheld computers. | October 6, 2009 |
| 5586663 | **Borderlands** | Class 09 - Downloadable motion pictures about action and adventure | October 16, 2018 |
| 5192761 | **Borderlands** | Class 09 - Computer programs for video and computer games; Digital media, namely, downloadable audio, video and image files featuring pre-recorded audio and video gaming content and artwork; Downloadable computer game programs; Downloadable electronic game programs. Class 25 - Bottoms; Hats; Shirts; Sweat shirts; T-shirts. | January 12, 2021 |
| 6243224 | **Borderlands** | Class 9 - Downloadable computer game software; Recorded computer game programs; Downloadable computer programs for pre-recorded games; Downloadable video game software; Recorded video game programs; Downloadable video game programs for prerecorded games; Recorded electronic game programs; Downloadable virtual reality game software; Downloadable virtual reality software for playing computer games; Recorded virtual reality software for playing computer games; Downloadable computer game programs; downloadable video game programs; downloadable electronic game programs; downloadable computer programs for video and computer games; Downloadable computer software for electronic transmission of gaming digital media content; Downloadable computer software for connecting computer network users to services, namely, matchmaking and friends lists for computer game players; Digital media, namely, downloadable video and image files featuring pre-recorded video gaming content and artwork; Downloadable digital media files, namely, pre-recorded video and audiovisual gaming content, and artwork; Digital media, namely, downloadable image files and video files, featuring scenes or characters based on video games or computer games; Downloadable electronic | January 12, 2021 |

| REG. NO. | WORD/DESIGN MARK | CLASS(ES) | REG. DATE |
|---|---|---|---|
|  |  | publications in the nature of comic strips, comic books, and cosplay guides featuring scenes or characters based on video games or computer games; Downloadable electronic comic strip featuring scenes or characters based on video games or computer games; digital and disc musical soundtrack recordings; Downloadable digital media relating to computer and video game software, virtual reality game software, and entertainment game software, namely, audiovisual gaming videos, image files, artwork, and musical recordings; Downloadable musical files, namely, musical soundtracks; Downloadable musical files, namely, music files for computer games and video games; Downloadable musical files, namely, music files relating to computer and video game software, virtual reality software, and entertainment software; Musical sound recordings, namely, musical soundtracks; Musical sound recordings, namely, musical recordings for computer games and video games; Musical sound recordings, namely, musical recordings relating to computer and video game software, virtual reality software, and entertainment software. |  |
| 6969531 | **Borderlands** | Class 16 - Publications, namely, fiction books, gameplay guidebooks, and comic books featuring scenes or characters based on video and computer games; stickers; posters; prints; printed art reproductions.<br><br>Class 28 - Action figures and accessories therefor; modeled plastic toy figurines; mechanical action toys; scale-model vehicles; tabletop games; board games; equipment sold as a unit for playing board games; equipment sold as a unit for playing tabletop games. | January 31, 2023 |
| 4182073 | | Class 09 - Video game software. | July 31, 2012 |
| 6774893 | | Class 9:  Downloadable computer game software; Recorded computer game programs; Downloadable computer programs for pre-recorded games; Downloadable video game software; Recorded video game programs; Downloadable video game programs for prerecorded games; Recorded electronic game programs; Downloadable computer game programs; downloadable video game programs; downloadable electronic game programs; downloadable computer programs for video and computer games; Downloadable digital media relating to computer and video game software, virtual reality game software, and entertainment game software, namely, audiovisual gaming videos, image files, artwork; Digital media, namely, downloadable video and image files featuring pre-recorded video gaming content and artwork; Downloadable digital media files, namely, pre-recorded video and audiovisual gaming content, and artwork; Digital media, namely, downloadable image files and video files, featuring scenes or characters based on video games or computer games; Downloadable electronic publications in the nature of cosplay guides featuring scenes or characters based on video games or computer games; Downloadable virtual reality game software; Downloadable virtual reality software for playing computer games; Recorded virtual reality software for playing computer games; Downloadable computer software for electronic transmission of gaming digital media content; Downloadable computer software for connecting computer network users to services, namely, matchmaking and friends lists for computer game players; Digital and disc musical soundtrack recordings; Downloadable musical files, namely, | June 28, 2022 |

| Reg. No. | Word/Design Mark | Class(es) | Reg. Date |
|---|---|---|---|
| | | musical soundtracks; Downloadable musical files, namely, music files for computer games and video games; Downloadable musical files, namely, music files relating to computer and video game software, and entertainment software; Musical sound recordings, namely, musical soundtracks; Musical sound recordings, namely, musical recordings for computer games and video games; Musical sound recordings, namely, musical recordings relating to computer and video game software, and entertainment software. | |
| 3638534 | | Class 9: Computer game programs and computer game software. | June 16, 2009 |
| 6789213 | | Class 9: Downloadable computer game software; Recorded computer game software; Downloadable video game software; Recorded video game software; Downloadable virtual reality game software; Digital media, namely, downloadable video featuring pre-recorded video gaming content; Digital media, namely, downloadable video files, featuring scenes or characters based on video games or computer games; Downloadable digital media relating to computer and video game software, virtual reality game software, and entertainment game software, namely, audiovisual gaming videos. | July 12, 2022 |
| 5101445 | | Class 9: Computer game software | December 13, 2016 |
| 6774889 | | Class 9: Downloadable computer game software; Recorded computer game programs; Downloadable computer programs for pre-recorded games; Downloadable computer game programs; Downloadable digital media relating to computer software, namely, audiovisual gaming videos, image files, artwork; Digital media, namely, downloadable video and image files featuring pre-recorded video gaming content and artwork; Downloadable digital media files, namely, pre-recorded video and audiovisual gaming content, and artwork; Digital media, namely, downloadable image files and video files, featuring scenes based on video games or computer games. | June 28, 2022 |

| Reg. No. | Word/Design Mark | Class(es) | Reg. Date |
|---|---|---|---|
| 4138126 | **DUKE NUKEM FOREVER** | Class 09 - Computer game software; Computer programs for video and computer games; Video game software. | May 8, 2012 |
| 2435065 | | Class 09 - [ Computer and video products, namely, video game machines for use with televisions; video game cartridges; video game tape cassettes; pre-recorded video tapes featuring computer games and computer game characters; motion picture films featuring video games and video game characters; television game programs featuring computer games and computer game characters; television game consoles; computer game analog controllers; computer game joysticks; memory cards, ] (( computer game software; )) [computer game discs;] (( computer game programs; )) [computer game cassettes, computer game tapes, computer game cartridges, computer software featuring computer games that can be downloaded through a global computer network; multimedia software recorded on a CD-ROM featuring computer games; computers; computer hardware and computer firmware for use in operating computer games; computer mouse pads ].<br><br>Class 25: Clothing, namely, t-shirts | March 13, 2001 |
| 2578916 | **DUKE NUKEM** | Class 28 - Computer game software for entertainment purposes. | June 11, 2002 |
| 3638534 | | Class 9: Computer game programs and computer game software. | June 16, 2009 |
| 6789213 | | Class 9: Downloadable computer game software; Recorded computer game software; Downloadable video game software; Recorded video game software; Downloadable virtual reality game software; Digital media, namely, downloadable video featuring pre-recorded video gaming content; Digital media, namely, downloadable video files, featuring scenes or characters based on video games or computer games; Downloadable digital media relating to computer and video game software, virtual reality game software, and entertainment game software, namely, audiovisual gaming videos. | July 12, 2022 |
| 4182073 | | Class 9: Video game software | July 31, 2012 |

| REG. NO. | WORD/DESIGN MARK | CLASS(ES) | REG. DATE |
|---|---|---|---|
| 6774893 | | Class 9: Downloadable computer game software; Recorded computer game programs; Downloadable computer programs for pre-recorded games; Downloadable video game software; Recorded video game programs; Downloadable video game programs for prerecorded games; Recorded electronic game programs; Downloadable computer game programs; downloadable video game programs; downloadable electronic game programs; downloadable computer programs for video and computer games; Downloadable digital media relating to computer and video game software, virtual reality game software, and entertainment game software, namely, audiovisual gaming videos, image files, artwork; Digital media, namely, downloadable video and image files featuring pre-recorded video gaming content and artwork; Downloadable digital media files, namely, pre-recorded video and audiovisual gaming content, and artwork; Digital media, namely, downloadable image files and video files, featuring scenes or characters based on video games or computer games; Downloadable electronic publications in the nature of cosplay guides featuring scenes or characters based on video games or computer games; Downloadable virtual reality game software; Downloadable virtual reality software for playing computer games; Recorded virtual reality software for playing computer games; Downloadable computer software for electronic transmission of gaming digital media content; Downloadable computer software for connecting computer network users to services, namely, matchmaking and friends lists for computer game players; Digital and disc musical soundtrack recordings; Downloadable musical files, namely, musical soundtracks; Downloadable musical files, namely, music files for computer games and video games; Downloadable musical files, namely, music files relating to computer and video game software, and entertainment software; Musical sound recordings, namely, musical soundtracks; Musical sound recordings, namely, musical recordings for computer games and video games; Musical sound recordings, namely, musical recordings relating to computer and video game software, and entertainment software. | June 28, 2022 |
| 5101445 | | Class 9: Computer game software | December 13, 2016 |
| 6774889 | | Class 9: Downloadable computer game software; Recorded computer game programs; Downloadable computer programs for pre-recorded games; Downloadable computer game programs; Downloadable digital media relating to computer software, namely, audiovisual gaming videos, image files, artwork; Digital media, namely, downloadable video and image files featuring pre-recorded video gaming content and artwork; Downloadable digital media files, namely, pre-recorded video and audiovisual gaming content, and artwork; Digital media, namely, downloadable image files and video files, featuring scenes based on video games or computer games. | June 28, 2022 |