# EXHIBIT B

| Title | Reg. No. | Date |
|---|---|---|
| Athena Cosplay Character Guide | VA0001924112 | 2014 |
| Borderlands | PA0001817977 | 2009 |
| Borderlands 2 | PA0001819184 | 2012 |
| Borderlands Online | PAu0003768973 | 2015 |
| Borderlands The Pre-Sequel! | PA0001933033 | 2014 |
| Borderlands 3 | PA0002212509 | 2019 |
| Borderlands: Gunsight | TX0007788848 | 2013 |
| Jack Cosplay Reference Guide | VA0001924109 | 2014 |
| Janey Springs Cosplay Reference Guide | VA0001933131 | 2014 |
| Moon Moxxi Cosplay Reference Guide | VA0001924111 | 2014 |
| Nisha Cosplay Reference Guide | VA0001924113 | 2014 |
| Scav Cosplay Reference Guide | VA0001933130 | 2014 |
| The Fallen | TX0007490416 | 2012 |
| Unconquered | TX0007613376 | 2012 |
| Wilhelm Cosplay Reference Guide | VA0001924110 | 2014 |
| Borderlands 3 Savior | VA0002160110 | 2019 |
| Duke Nukem 3D: 20th Anniversary World Tour. | PA0002068138 | 2016 |
| Duke Nukem | PA0001922835 | 1991 |
| Duke Nukem 3D (computer file) & 38 other titles. | V9930D092 | 2015 |
| Duke Nukem 3D (Computer file) & 42 other titles. | V9970D637 | 2019 |
| Duke Nukem Forever | PA0001812111 | 2011 |
| Duke Nukem forever & 1 other title. | V9912D193 | 2014 |
| Duke Nukem Forever (PC) | PA0001782911 | 2011 |