**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Gearbox Enterprises, LLC., | Case No. 26-cv-4426 |
| Plaintiff, | |
| v. | |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P 41(a)(1)

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Gearbox Enterprises, LLC. ("Plaintiff"), hereby voluntarily dismisses its Complaint against the following Defendants identified on Schedule A, with prejudice, with each party responsible for its costs and attorneys' fees:

| DOE | Name |
|---|---|
| 7 | elmogha_0 |
| 12 | rogeria-15 |
| 38 | dezhezhang |
| 37 | annagusheng |
| 44 | notonlybuy |

Dated: Friday, July 17, 2026

Respectfully submitted,

/s/ Sofia Quezada Hastings
*One of the Attorneys for Plaintiff*

Matthew De Preter
Sofia Quezada Hastings
ARONBERG GOLDGEHN DAVIS & GARMISA
225 W. Washington St. Suite 2800
Chicago, IL 60606
shastings@agdglaw.com