**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| Gearbox Enterprises, LLC., | Case No. 26-cv-4426 |
| Plaintiff, | |
| v. | |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P 41(a)(1)

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Gearbox Enterprises, LLC. ("Plaintiff"), hereby voluntarily dismisses its Complaint against the following Defendants identified on Schedule A, with prejudice, with each party responsible for its costs and attorneys' fees:

| DOE | Name |
|---|---|
| 14 | the-video-bin |
| 45 | stuff_sl |
| 58 | WSRFJYFR |
| 39 | eden-us |
| 63 | houyong |

Dated: Thursday, July 30, 2026

Respectfully submitted,

/s/ Sofia Quezada Hastings
PIERSON FERDINAND LLP
111 W. Jackson Blvd., Ste. 1700
Chicago, IL 60604
sofia.hastings@pierferd.com

*Counsel for Plaintiff*